# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AG, BMW OF NORTH AMERICA, LLC, ROLLS-ROYCE MOTOR CARS LIMITED, and ROLLS-ROYCE MOTOR CARS NA, LLC, <br><br>            Plaintiffs, <br><br>      v. <br><br> HINDERER AUTOMOTIVE, LLC, *dba* TOY BARN, and JUSTIN C. HINDERER, <br><br>            Defendants. | Case No. 2:15-cv-03003-ALM-EPD <br><br> Judge Algenon L. Marbley <br> Magistrate Judge Elizabeth A. Preston Deavers <br><br> **CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiffs Bayerische Motoren Werke AG, BMW of North America, LLC, Rolls-Royce Motor Cars Limited, and Rolls-Royce Motors Cars NA, LLC (collectively, "Plaintiffs" or the "BMW Group"), having filed a Complaint on November 17, 2015 against Defendants Hinderer Automotive, LLC, *dba* Toy Barn, and Justin C. Hinderer, claiming trademark infringement under 15 U.S.C. § 1114(1), unfair competition and false designation of origin under 15 U.S.C. § 1125(a), deceptive trade practices under O.R.C. § 4165.02, and trademark infringement, unfair competition, and breach of contract under Ohio common law;

WHEREAS Plaintiffs, having alleged that they have, in connection with their business of*, inter alia*, designing, manufacturing, distributing, servicing, and selling automobiles and providing parts and accessories for automobiles, extensively used and advertised said products and services under their Roundel logo and Rolls-Royce Badge ("RR Badge"), and that Plaintiffs are the exclusive owners of valid, subsisting, and incontestable federal trademark registrations for Plaintiffs' Roundel logo and RR Badge, and that Plaintiffs' Roundel logo and RR Badge are

famous and distinctive marks among purchasers of motor vehicles as well as among members of the general public, and Defendants having acknowledged same;

WHEREAS Defendants, having displayed the BMW Group's Roundel logo on banners at their competing automotive business, in a video advertisement on YouTube, and on Instagram; and the BMW Group's RR Badge on Instagram;

WHEREAS Defendants, to avoid the expense and distraction of protracted litigation, and wishing to settle their dispute with Plaintiffs amicably;

WHEREAS Defendants, acknowledging the jurisdiction of this Court over them and the subject matter hereof; having waived the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure; and having waived any objections with regard to the right to appeal this Consent Judgment;

WHEREAS Defendants have agreed to acknowledge the rights as set forth in the foregoing clauses, and that infringement of those rights has resulted and, absent relief, will continue to result in irreparable harm to Plaintiffs;

It further appearing that this Court has jurisdiction over the subject matter hereof;

With the consent of Plaintiffs and Defendants, and for good cause, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      Defendants, their agents, servants, distributors, suppliers, business partners, related companies, employees, representatives, attorneys, successors, assigns, and all others in active concert or participation with any of them agree to be and are permanently enjoined and restrained from:

(a)      using the BMW Group's Roundel logo and RR Badge pictured below, or any other mark that is confusingly similar to these marks, or any other mark or designation of the

2

BMW Group, including, but not limited to, use of these marks either alone or part of any signs, flags, banners, posters, interior and exterior walls, doors, window etchings, internet or print advertisements, commercial videos, photographs, internet websites, marketing and promotional materials, stationery, and business cards, or otherwise in connection with their business;

   

(b) making any trademark use of any other BMW Group trademarks and logos, or colorable imitations thereof;

(c) indicating or suggesting in any manner that Defendants' goods or services are or were somehow sponsored, or approved by or affiliated with the BMW Group;

(d) passing off, promoting, or selling any product or service as a product or service authorized by or under the supervision or control of the BMW Group when such, in fact, is not the case;

(e) indicating in any matter that Plaintiffs' trademarks, logos or trade dress belong to or are owned by Defendants; and

(f) doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendants, or their products or services, emanate from, or are connected with, sponsored by or approved by the BMW Group.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants are directed to:

2.      Remove any and all remaining BMW Group marks, and any colorable imitations thereof, from their building(s), signs, flags, banners, advertisements, websites, internet listings, photographs and videos posted on internet websites including YouTube and Instagram, including but not limited to the usage appearing in Exhibit A hereto, and elsewhere in connection with the advertising, marketing, or promotion of their business, except for as noted in paragraph 6 below.

3.      In accordance with Section 36 of the Lanham Act, 15 U.S.C. § 1118, destroy all labels, signs, flags, banners, prints, packages, bottles, receptacles, containers, business cards, letterhead, advertisements and other promotional materials in Defendants' possession or control bearing Plaintiffs' Roundel logo and RR Badge and trademark use of any other BMW Group marks.

4.      File with the Court and serve on counsel for Plaintiffs within sixty (60) days after entry of this Order, a sworn written statement pursuant to § 34(a) of the Federal Trademark Act, 15 U.S.C. § 1116(a), setting forth in detail the manner and form in which the Defendants have complied with this Consent Judgment.

IT IS FURTHER HEREBY AGREED, ORDERED, ADJUDGED AND DECREED that:

5.      If either Defendant violates this Consent Judgment, then Defendants agree that the BMW Group will be irreparably harmed due to its lack of control over Defendants' use of the BMW Group's mark(s), and shall be immediately entitled to preliminary and permanent injunctive relief (without the need for any underlying adjudication as to likelihood of confusion) to ensure compliance with this Consent Judgment, and a liquidated damages payment of $5,000.00 per prohibited use per month, plus reimbursement of the BMW Group's reasonable attorneys' fees and costs.  It is understood and agreed that said amount is fixed as liquidated damages because of the difficulty of ascertaining the exact amount of damages that may be

sustained because of such use.  It is further understood and agreed that said amount fixed as liquidated damages is a reasonable amount, considering the damages that the BMW Group could sustain in the event of such use.  Such liquidated damages and attorneys' fees and costs shall not be exclusive of any other monetary or other remedies to which the Court may find the BMW Group entitled in the event of such violation. Prior to seeking enforcement of this Judgment, the BMW Group shall provide notice and opportunity to cure any perceived violation of the obligations of this consent order.   Defendants shall have five business days to cure said violation.   Defendants shall be afforded the opportunity to cure for only one occurrence.   The BMW Group need not provide notice and opportunity to occur upon any violation after a first notice and opportunity to cure has been given or upon failure to cure after notice has been given.

6.       It is further understood by the parties that the Defendants shall continue to have the right to display, in advertisements or on the Internet, images of BMWs that include incidental reference to, but do not center on, focus, focus or feature, BMW Group marks on the vehicles. For example, the advertisement attached as Exhibit "B" is permissible use pursuant to this paragraph and under this consent order.  An example of a prohibited use is attached as Exhibit "C".

7.       The BMW Group and Defendants shall each bear their own attorneys' fees and expenses incurred in connection with the Complaint and Consent Judgment.

8.       Defendants shall provide a copy of this Consent Judgment to each of their affiliates, partners, managers, agents, representatives, successors, and assigns.

9.       This Consent Judgment is binding upon Defendants and their officers, agents, servants, employees, independent contractors and attorneys, or any other person or entity acting in concert or participating with the Defendants.

10.    Each party to this Consent Judgment represents that such party had counsel and/or the opportunity to consult counsel in connection with the consideration and execution of this Consent Judgment. Each party acknowledges that he or it understands and agrees to the terms of this Consent Judgment.

11.    This Court shall retain jurisdiction of this matter and over the parties thereto for the purpose of enforcing the terms of this Consent Judgment entered into between Plaintiffs and Defendants with respect to the subject matter of this action.

12.    In accordance with § 34 of the Federal Trademark Act, 15 U.S.C. § 1116, the Clerk of the Court shall notify the Commissioner of Patents and Trademarks of the entry of this Consent Judgment who shall enter it upon the records of the United States Patent and Trademark Office.

13.    There being no just reason for delay, the Clerk of this Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Consent Judgment forthwith.

14.    The parties, through their undersigned counsel, hereby consent to the entry of the foregoing Consent Judgment and waive any and all rights of appeal.

By: _____ President    Dated: 3/14/16
Hinderer Automotive, LLC

By: _____    Dated: 3/14/16
Justin C. Hinderer

By: _____    Dated: 3/14/16
David J. Boylan
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673

6

Telephone: (614) 469-3939
Facsimile: (614) 461-4198
dboylan@jonesday.com

Counsel for Plaintiffs Bayerische Motoren Werke AG, BMW of North America, LLC, Rolls-Royce Motor Cars Limited, and Rolls-Royce Motors Cars NA, LLC

By: _____          Dated: _3-14-2016_
F. Michael Speed, Jr.
Standley Law Group LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Facsimile: (614)792-5536
mspeed@standleyllp.com

Counsel for Defendants Hinderer Automotive, LLC, *dba* Toy Barn, and Justin C. Hinderer

DATE: _25 March 2016_          SO ORDERED: _____
Hon. Algenon L. Marbley
United States District Judge

7

# EXHIBIT A

October 23, 2015

http://www.toybarncars.com/



Uploads from ToyBarnCars s channel

06 BMW M3 Copy.wmv

85 views

06 BMW M3 Copy.wmv

**ToyBamCars s channel**

Subscribe

Published on Apr 25, 2012
2006 BMW M3 16K Miles Ultra Rare Enola Red over Cinnamon Leather Competition Package Call us today at 1-800-Toy-Barn, Stop in and see us at 5100 Post Road, Dublin, Ohio or go to www.toybarncars.com Don't Just Drive. Arrive!

SHOW LESS

Category    Autos & Vehicles
License     Standard YouTube License

ALL COMMENTS (0)

Share your thoughts

No comments to display

Bmw M3 2013 staggered black matte rims 700 HP

2006 BMW E46 M3 - Borla Mid pipe - No Muffler

2015 BMW M3 Sedan/M4 Coupe Start Up, Exhaust, Test Drive, and In Depth Review

Dual Clutch vs Manual Transmission (DCT vs M/T) BMW M4 & M3

BMW M3 E46 - Startups, Revs, Launches and More

2006 BMW M3 COMPETITION COUPE

Toy Barn - Toy Barn's Photos | Facebook

facebook  Sign Up

Email or Phone

Password

Keep me logged in

Log In

Forgot your password?

## Toy Barn's Photos
Back to Album

## Toy Barn's Photos
Previous · Next







Toy Barn - Toy Barn's Photos | Facebook

facebook

Sign Up

Email or Phone

Password

Keep me logged in

Forgot your password?

Log In

Toy Barn's Photos
Back to Album

Toy Barn's Photos
Previous Next

Toy Barn - Toy Barn's Photos | Facebook

facebook **Sign Up**

Email or Phone

Keep me logged in

Password

Forgot your password?

## Toy Barn's Photos
Back to Album

## Toy Barn's Photos
Previous   Next



facebook **Sign Up**

Email or Phone

Password

Keep me logged in

Forgot your password?

## Toy Barn's Photos

Back to Album

## Toy Barn's Photos

Previous · Next



toybam_cars

Follow

22 likes

147w

toybam_cars bmw 328i like a bouss #cars_are_awsome

Log in to like or comment.

toy barn dublin ohio on Instagram: "bmw 328i like a bouss #cars_are_awsome"

Instagram
the app    Log in

https://instagram.com/p/TmyGl-OV0r/[10/23/2015 4:15:41 PM]

toy barn dublin ohio on Instagram: "bouss #cars #cars_are_awsome"

toybam_cars

Follow

31     150w

toybam_cars bouss #cars_are_awsome

Log in to like or comment.

*Instagram*
the app    Log in

https://instagram.com/p/S0G1RpuV6G/[10/23/2015 4:17:09 PM]

toy barn dublin ohio on Instagram: "RR #cars_are_awsome"



toybam_cars

Follow

23    150w

toybam_cars RR #cars_are_awsome

Log in to like or comment.

Instagram    the app    Log in

https://instagram.com/p/5yr-2qOVwC/[10/23/2015 4:18:12 PM]

EXHIBIT B

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery

Our apologies, This video is not currently available.

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

## HOURS OF OPERATION

| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

## ADDRESS

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b1l4m2l3m1l
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

Standard Features    Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery          Video Gallery

Call 866-974-3345
- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Get Pre-Approved

Carfax



Our apologies, This video is not currently available.

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3AgoogleJGet
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b1l4m2l3m1!
1s0x883893320c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m11
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery



Video Gallery

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

Our apologies, This video is not currently available.

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m1!
1s0x883893c2c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

Standard Features | Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery

Call 866-974-3345
- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



Our apologies, This video is not currently available.

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thursday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m1l4b1l4m2l3m1l
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

3/1/2016

http://www.toyotamcars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thursday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b1l4m2l3m1!
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Call 866-974-3345
- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Get Pre-Approved

Carfax

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m114b114m2l3m1!
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

Standard Features | Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Get Pre-Approved

Carfax

Photo Gallery



Video Gallery

Our apologies, This video is not currently available.

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m11
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery



Our apologies, This video is not currently available.

Video Gallery

- Call 866-974-3345
- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m1!
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery



Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

Our apologies, This video is not currently available.

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m1!4b1!4m2!3m1!
1s0x8838932c0c99f8a1:0xebfeacb59759eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

Standard Features   Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



Our apologies, This video is not currently available.

3/1/2016

http://www.toyhamcars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m114b114m2l3m11
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

Standard Features | Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m11
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

| Standard Features | | Dealer Comments |
|---|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

3/1/2016

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m11
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

Standard Features    Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

3/1/2016

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



Our apologies, This video is not currently available.

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| Monday-Thursday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m1!
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

| Standard Features | Dealer Comments |

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



Our apologies, This video is not currently available.

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,

Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?

utm_uptracs=organic-search%3Agoogle)Get

Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da

3m14b114m2l3m11

1s0x88389532c0c99f8a1:0xebfeacb597596eda?

utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

Standard Features    Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | | **ADDRESS** |
|---|---|---|
| Monday-Thursday | 10:00 AM - 7:00 PM | 5100 Post Road, |
| Friday | 10:00 AM - 6:00 PM | Dublin, OH 43017 |
| Saturday | 10:00 AM - 6:00 PM | (https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401? |
| Sunday | CLOSED | utm_uptracs=organic-search%3Agoogle)Get |
| | | Directions |
| | | (https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da |
| | | 3m1!4b1!4m2!3m1! |
| | | 1s0x8838932c0c99f8a1:0xebfeacb597596eda? |
| | | utm_uptracs=organic-search%3Agoogle) |

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m1l4b1l4m2l3m1!
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

Standard Features    Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



Our apologies, This video is not currently available.

http://www.toyotamcars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m11
1s0x8838932c0c99f8a1:0xebfeacb59759b6eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

Standard Features   Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3-series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3-series&minYear=2013&maxYear=2013)

Photo Gallery    Video Gallery

Our apologies, This video is not currently available.

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?

utm_uptracs=organic-search%3Agoogle)Get Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da

3m14b114m2l3m11

1s0x8838932c0c99f8a1:0xebfeacb597596eda?

utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Photo Gallery    Video Gallery

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



Our apologies, This video is not currently available.

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thursday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114n2l3m11
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

# Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved

Our apologies, This video is not currently available.



3/1/2016

http://www.toyteamcars.com/pre-owned/bmw/3-series/2013-black-328i-xd ...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m114b114m2l3m11
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Get Pre-Approved

Carfax

Photo Gallery

Video Gallery

Our apologies, This video is not currently available.



http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m114b114m2l3m1!
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery



Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343



Carfax

Get Pre-Approved

Our apologies, This video is not currently available.

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thursday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017
(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions
(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2!3m1!
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

Standard Features     Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L Inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Get Pre-Approved

Carfax

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m114b114m2l3m11
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

| Standard Features | Dealer Comments |
|---|---|

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

3/1/2016

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3-series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3-series&minYear=2013&maxYear=2013)

Photo Gallery

Video Gallery

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343

Carfax

Get Pre-Approved



Our apologies, This video is not currently available.

http://www.toyteamcars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| Monday-Thrusday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b14m2l3m1!
1s0x8838932c0c99f8a1:0xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

Standard Features    Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example. (866)974-3345.

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

3/1/2016

# 2013 BMW 3 Series 328i xDrive

$24,986 USD

Pre-Owned (used-cars/used-vehicle-inventory.html?conditions=pre-owned) >> BMW (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw) >> 3 Series (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series) >> 2013 (used-cars/used-vehicle-inventory.html?conditions=pre-owned&makes=bmw&models=3 series&minYear=2013&maxYear=2013)

Call 866-974-3345

- CONDITION: Pre-Owned
- MILEAGE: 36431
- TRIM: 328i xDrive
- EXTERIOR: Jet Black
- INTERIOR: Black
- Body Style 2dr Car
- Engine: Gas I6 3.0L/183
- TRANSMISSION: Automatic
- Drivetrain: AWD
- VIN: WBAKF3C56DJ386078
- Stock: 11343



Carfax | Get Pre-Approved

Photo Gallery

Video Gallery



Our apologies, This video is not currently available.

3/1/2016

http://www.toybarncars.com/pre-owned/bmw/3-series/2013-black-328i-xd...

2013 BMW 3 Series 328i xDrive

**HOURS OF OPERATION**

| | |
|---|---|
| Monday-Thursday | 10:00 AM - 7:00 PM |
| Friday | 10:00 AM - 6:00 PM |
| Saturday | 10:00 AM - 6:00 PM |
| Sunday | CLOSED |

**ADDRESS**

5100 Post Road,
Dublin, OH 43017

(https://www.google.com/maps/place/5239+Van+Nuys+Boulevard,+Los+Angeles,+CA+91401?
utm_uptracs=organic-search%3Agoogle)Get
Directions

(https://www.google.com/maps/place/5100+Post+Rd,+Dublin,+OH+43017/@40.1012384,-83.1280347,17z/da
3m14b114m2l3m11
1s0x8838932c0c99f8a10:xebfeacb597596eda?
utm_uptracs=organic-search%3Agoogle)

*Have a question or want more information about this vehicle? Call us now! 866-974-3345*

## Vehicle Summary

Standard Features    Dealer Comments

- If you're in the market for an entry-level luxury car that provides a tremendous mix of handling, ride quality, performance, luxury and styling all into one package than the 2013 BMW 328i xDrive is our top choice! Finalized in Jet Black over Black leather, this 3.0L inline V6 produces a fantastic 230hp and 200 lb-ft of torque. This exquisite coupe comes loaded with impressive options: 6-Speed Automatic Transmission, Premium Package, Heated Seats, Power Sunroof, Engine StartStop Button, Heated Steering Wheel, Wood Trim, Bluetooth, AuxUSB Adapter, Steering Wheel Audio Controls, Xenon Headlights, Power Seats with Driver Memory, 17 Inch Alloy Wheels and much more. For those looking for a luxury experience and driving dynamics above all other concerns, none will satisfy like the 328i. Call the Toy Barn of Dublin today for more details on this exceptional One-Owner example, (866)974-3345.

EXHIBIT C

toy barn dublin ohio on Instagram: "RR #cars_are_awsome"





toybarn_cars

Follow

23
170w

toybarn_cars **RR** #cars_are_awsome

Log in to like or comment.

o o o

*Instagram*

Search   he app   Log in

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   LANGUAGE
© 2016 INSTAGRAM